IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND LEVENICK, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKLIN TENNIS, et al., | : | NO. 06-3525 |
|     Respondents. | : | |

**O R D E R**

**AND NOW** this 24th day of April, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is ORDERED that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Objections are over-ruled;.

3. The petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE;**

4. A certificate of appealablity **SHALL NOT** issue in that the Petitioner has made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) and

5. The Clerk of the Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.